ALEX G. TSE (CABN 152348)
Acting United States Attorney

THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division

JOSE A. OLIVERA (CABN 279741)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3924
    Facsimile: (415) 436-7009
    E-mail: jose.olivera@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOYD LEE STOCKHAM, AND DANI JANE STOCKHAM,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C-17-3982-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Plaintiffs Boyd Lee Stockham and Dani Jane Stockham, and Defendant the United States of America, stipulate to the dismissal, with prejudice, of the above-captioned case, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

Stipulation of Dismissal
Case No. 17-3982-EMC

1

Agreed and Stipulated to by:

                                                Respectfully submitted,

                                                ALEX G. TSE
                                                Acting United States Attorney

Dated: 4-19-18

                                                JOSE A. OLIVERA
                                                Assistant U.S. Attorney
                                                Attorney for Defendant

Dated: April 18, 2018

                                                DASHIELL C. SHAPIRO
                                                Woods LLP
                                                Attorneys for Plaintiffs

Dated: April 19, 2018

                                                BOYD LEE STOCKHAM
                                                Plaintiff

Dated: April 19, 2018

                                                DANI JANE STOCKHAM
                                                Plaintiff

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation of Dismissal
Case No. 17-3982-EMC